**Opinion issued February 4, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-21-00056-CV**

———————————

## IN RE JAGAN MAHADEVAN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Jagan Mahadevan, has filed a petition for writ of mandamus challenging the trial court's order compelling discovery in the underlying case.[1] In conjunction with the petition, relator filed a motion requesting a stay of the order

---

[1]   The underlying case is *Prem Bikkina v. Jagannathan Mahadevan a/k/a/ Jagan Mahadevan*, cause number 20-DCV-272767, pending in the 240th District Court of Fort Bend County, Texas, the Honorable Frank J. Fraley presiding.

pending our ruling on the mandamus petition. We deny the petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.